James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Andrea J. Kirkpatrick (SBN 229363)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                Plaintiffs,<br><br>  v.<br><br>MARINSHIP CONSTRUCTION SERVICES, INC., a California corporation; and DEREK H. SMITH, an Individual,<br><br>                Defendant. | Case No.: C-05-01802 SI<br><br>*EX PARTE* **APPLICATION TO SET BRIEFING SCHEDULE ON DEFAULT HEARING AND [PROPOSED] ORDER** |

Now come the plaintiffs, hereinabove named, and apply to the court, *ex parte*, for an Order setting a briefing schedule on their Motion for Entry of a Default Judgment in the within action.

///

///

///

///

///

-1-

The Court has already entered default on August 17, 2005. Plaintiffs propose that plaintiffs' motion papers be filed on or before October 14, 2005 and that the court set the matter for hearing on Friday, November 18, 2005 at 9:00 a.m.

DATED: August 31, 2005                    STANTON, KAY & WATSON, LLP


By_____/s/_____
                JAMES P. WATSON

Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER**

Upon receipt of the above *Ex Parte* Application, it is hereby ORDERED that:

1. Plaintiffs shall submit their papers in support of their Motion for Entry of Default Judgment no later than October 14, 2005; and

2. The hearing on the Motion for Entry of Default Judgment shall be set for Friday, November 18, 2005 at 9:00 a.m.

Dated: _____        _____
                                      SUSAN ILLSTON
                                      United States District Judge

GRANTED
/s/ Susan Illston
Judge Susan Illston

F:\CASES\7000\7000.1040 Marinship\PLEADINGS\Ex Parte Appln to Set Briefing Sc

-2-
*EX PARTE* **APPLICATION TO SET BRIEFING SCHEDULE ON DEFAULT HEARING AND [PROPOSED] ORDER [CASE NO. C-05-01802 SI]**

# PROOF OF SERVICE

CASE NAME: *Jose Moreno; et al. v. Marinship Construction Services, Inc.; et al.*
CASE NUMBER: United States District Court, Northern District of California
No. C-05-01802 SI

    I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

    On August 31, 2005, I served the following document(s) described as:

***EX PARTE* APPLICATION TO SET BRIEFING SCHEDULE ON DEFAULT HEARING AND [PROPOSED] ORDER**

on the following party/parties:

| | |
|---|---|
| Marinship Construction Services, Inc. | Derek H. Smith |
| 41 Dorman Avenue, Suite 3 | 41 Dorman Avenue, Suite 3 |
| San Francisco, CA 94124 | San Francisco, CA 94124 |

    __X__  (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    ____  (BY PERSONAL SERVICE)

    ____  By personally delivery copies to the person served.

    ____  I delivered such envelope by hand to the offices of the addressee pursuant to C.C.P. § 1011.

    ____  I caused such envelope to be delivered by hand to the office of the addressee.

    ____  (BY FACSIMILE)

    ____  on the party(ies) named below in this action by sending via facsimile to the telephone facsimile number shown below, a true copy thereof following ordinary business practices. After transmission of the document, the facsimile machine indicated the document as having been sent complete and without error. The transmission report was properly issued by the transmitting machine and the original transmission report is attached to the original proof of service.

///

///

*EX PARTE* **APPLICATION TO SET BRIEFING SCHEDULE ON DEFAULT HEARING AND [PROPOSED] ORDER [CASE NO. C-05-01802 SI]**

____ (COURIER SERVICE)

____ by placing a true copy thereof enclosed in a sealed envelope, with delivery fees provided for, for pick up at this office and overnight delivery by Golden State Overnight courier service.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on August 31, 2005 at San Francisco, California.

_____/s/_____
Carol M. Christensen

-4-
*EX PARTE* **APPLICATION TO SET BRIEFING SCHEDULE ON DEFAULT HEARING AND [PROPOSED] ORDER [CASE NO. C-05-01802 SI]**