James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MARINSHIP CONSTRUCTION SERVICES, INC., a California corporation; and DEREK H. SMITH, an Individual,<br><br>Defendants. | Case No.: C-05-01802 SI<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Plaintiffs JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the

BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR

NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR

NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN

///

///

///

-1-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-05-01802 SI]

CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, hereby substitute as their attorney:

        Ronald L. Richman, Esq. (SBN 139189)
        Bullivant Houser Bailey, P.C.
        601 California Street, Suite 1800
        San Francisco, California 94108-2823
        Telephone No. (415) 352-2700
        Facsimile No. (415) 352-2701
        E-Mail: Ron.Richman@bullivant.com

in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington, Stanton, Kay & Watson, LLP.

**NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

DATED: January 26, 2007    Ronald L. Richman
        BULLIVANT HOUSER BAILEY, P.C.

By: _____
    Ronald L. Richman

**FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

DATED: January 5, 2007    James P. Watson
        Bruce K. Leigh
        Anne Bevington
        STANTON, KAY & WATSON, LLP

By: _Anne Bevington_
    Anne Bevington

**PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

DATED: January 18, 2007

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Susan Illston — Judge Susan Illston]

JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA

By: _Edward Smith_
Name: _Edward Smith_
Title: _Fund manager_
Authorized Representative

F:\CASES\7000\7000-1040 Marinship\PLEADINGS\SUBSTITUTION OF ATTORNEY.doc

-2-

NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-05-01802 SI]